440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

Allison Heard, indv. and d/b/a WIG, Inc., d/b/a
Paje and WIG, Inc., d/b/a Paje

| | |
|---|---|
| CASE NUMBER: | 08CV2571 |
| ASSIGNED JUDGE: | JUDGE CASTILLO |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE DENLOW |

TO: (Name and address of Defendant)

WIG, Inc., d/b/a Paje
c/o Allison Heard
1332 N. Milwaukee
Chicago, Illinois 60622

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

DUTY CLERK

May 6, 2008

Date



O8CV2571
Allison Heard

⬩AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/18/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Kevin McWilliams | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☒ Returned unexecuted:
   1332 N. Milwaukee
   Chicago, Ill 60622    is a Vacant Building

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/18/08
     Date          *Signature of Server*

       4647 W. 103rd St., Oak Lawn, IL 60453
       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure