UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

JJ Sports Productions, Inc.
                                 Plaintiff,

v.                                                  Case No.: 1:08−cv−02571
                                                              Honorable Ruben Castillo

Allison Heard Banda, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Ruben Castillo:The case was called for a status hearing on 7/22/2008. All parties failed to appear. Plaintiff did not file a joint status report as requested by the Court and there is no indication that plaintiff has served any of the defendants. Therefore, this case is dismissed without prejudice for want of prosecution. Plaintiff will be given leave to reinstate once service on all defendants has been made. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.