I.D. 06184818                              File No. 3900-034

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
|                 Plaintiff, | ) | |
| v. | ) | |
| | ) | 08 C 2571 |
| ALLISON HEARD, individually and | ) | |
| d/b/a WIG, INC. d/b/a PAJE and WIG, INC., | ) | Judge Castillo |
| d/b/a PAJE, | ) | |
|                 Defendants. | ) | Magistrate Judge Denlow |

## NOTICE OF MOTION

**TO:**   Clerk of the USDC
        Northern District Illinois
        219 S. Dearborn - 20th Floor
        Chicago, Illinois 60604

     **PLEASE TAKE NOTICE** that on August 12, 2008 at 9:45 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Ruben Castillo or any Judge sitting in his stead in room 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion.

                                                                   //s/ Zane D. Smith
                                                                   Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 - Fax

## CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 29, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                                                   //s/ Zane D. Smith
                                                                   Zane D. Smith