## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

JJ Sports Productions, Inc.
                              Plaintiff,

v.                                       Case No.: 1:08−cv−02571
                                                    Honorable Ruben Castillo

Allison Heard Banda, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Ruben Castillo:The court will hear Plaintiff's motion to correct Scrivener's Error, for leave to file and to vacate dismissal for want of prosecution [10] on 8/7/2008 at 9:45 AM. Motion hearing set for 8/12/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.