# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2571 | **DATE** | 8/7/2008 |
| **CASE TITLE** | J&J Sports Productions, Inc. Vs. Banda, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/7/2008. Plaintiff's motion to correct Scrivener's error, for leave to file, and to vacate dismissal for want of prosecution [10] is entered and continued to 9/30/2008 at 9:45 a.m. The motion will be granted once plaintiff has served all the defendants. The Clerk of Court is directed to issue summons on the named defendants so Plaintiff can serve them.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|