## United States District Court for the Northern District of Illinois

Case Number: 08CV2571        Assigned/Issued By: J. N.

Judge Name:                  Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____             Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                            ☑ Alias Summons
☐ Third Party Summons                ☐ Lis Pendens
☐ Non Wage Garnishment Summons       ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                     _____
☐ Citation to Discover Assets        _____
                                     (Victim, Against and $ Amount)
☐ Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _8-28-08_ as to _WIG, INC._____
                               (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05